745 A.2d 1162

SUZANNE MILLER, PLAINTIFF, v. JOHN MCCLURE, INDIVIDU-
ALLY AND AS A SUPERVISING EMPLOYEE OF ARTEX, DE-
FENDANT AND THIRD PARTY PLAINTIFF–APPELLANT,
AND ARTEX KNITTING MILLS, INC., ("ARTEX"); ARTHUR
POTTASH, INDIVIDUALLY AND IN HIS CAPACITY AS AN
OFFICER, SHAREHOLDER, DIRECTOR AND MANAGER OF
ARTEX AND IN HIS CAPACITY AS THE SUPERVISOR OF
PLAINTIFF AND MCCLURE; BERNARD GERBARG, INDIVID-
UALLY AND IN HIS CAPACITY AS AN OFFICER, SHARE-
HOLDER, DIRECTOR AND MANAGER OF ARTEX AND IN HIS
CAPACITY AS THE SUPERVISOR OF PLAINTIFF AND
MCCLURE; AND JOHN DOE COMPANY, XYZ CORPORATION
AND ABC PARTNERSHIP, FICTITIOUS NAMES, REPRESENT-
ING ANY AND ALL ENTITIES OWNED AND CONTROLLED
BY POTTASH AND GERBARG AND WHICH EMPLOYED
MCCLURE AND MILLER; JOINTLY, SEVERALLY AND IN
THE ALTERNATIVE, DEFENDANTS, v. ATLANTIC MUTUAL
INSURANCE COMPANY, NEW JERSEY RE INSURANCE COM-
PANY AND HURON INSURANCE COMPANY, THIRD PARTY
DEFENDANTS–RESPONDENTS.

Argued November 29, 1999—Decided December 22, 1999.

*Gregory D. Saputelli,* argued the cause for appellant (*Obermay-
er, Rebmann, Maxwell & Hippell,* attorneys; *Kimberly D. Sutton,*
on the brief).

*Wendy L. Mager,* argued the cause for respondent Atlantic
Mutual Insurance Company (*Smith, Stratton, Wise, Heher &
Brennan,* attorneys; *Ms. Mager* and *Susan L. Olgiati,* on the
brief).

*Robert M. Smolen,* argued the cause for respondent Huron
Insurance Company (*Swartz, Campbell & Detweiler,* attorneys).

*Michael J. Marone,* argued the cause for respondent New
Jersey Re Insurance Company (*McElroy, Deutsch & Mulvaney,*
attorneys; *John T. Coyne,* on letter in lieu of brief).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 326 *N.J.Super.* 558, 742 *A.*2d 564 (1998).

*For affirmance*—Chief Justice PORITZ and Justices O'HERN, GARIBALDI, STEIN, COLEMAN, LONG, and VERNIERO—7.

*Opposed*—None.